## STATEMENT OF FACTS

On December 12, 2015, defendant Andre Campbell entered the Wells Fargo Bank, located at 3325 14th Street, NW, Washington, D.C. and handed a bank teller a note indicating it was a robbery and demanding money and no dye packs. The bank employees refused to give the defendant any money and the defendant walked out of the bank. Shortly thereafter, the defendant Campbell entered the PNC bank located at 1779 Columbia Road, NW, Washington, D.C. and handed the teller a note demanding money. The bank teller complied and handed the defendant approximately $1,296 in United States currency which included a GPS tracker and bait money. Officers tracked the GPS device to a location of the 1400 block of Perry Place, NW, Washington, D.C., where they detained the defendant. The officers looked into a back pack that the defendant was carrying. The back pack contained a hat and jacket that the defendant wore when he entered each bank and a significant amount of currency, including the bait money and the GPS tracker that had been taken from the PNC bank. Employees from both banks were then brought to the location and positively identified the defendant as the person who had robbed both banks. The defendant was then placed under arrest. The PNC Bank and the Wells Fargo Bank are insured by the Federal Deposit Insurance Corporation (FDIC).

_____
DETECTIVE STACEY CAREY
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF DECEMBER, 2015.

_____
U.S. MAGISTRATE JUDGE